# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. ISAIAH GRIFFIN

Docket No. 3:02CR00120 (AVC)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Steven J. Lambert, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Isaiah Griffin who was sentenced to 37 months imprisonment for a violation of 18 U.S.C. Section 922 (g)(1), Possession of Firearm by a Convicted Felon by the Honorable Alfred V. Covello, Senior United States District Judge, sitting in the court at Hartford, Connecticut on November 15, 2002 who fixed the period of supervision at 3 years which commenced on March 28, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, with concentration on alcohol abuse, either inpatient or outpatient, which shall include random testing.

Mr. Griffin's term of supervised release is scheduled to expire on March 28, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of Supervised release:

**Charge No.1:** Standard Condition: "You shall not commit another federal, state, or local crime during the term of supervision." On July 29, 2005, Isaiah Griffin was arrested in Hartford, Connecticut and charged with Criminal Possession of a Pistol, Storage of a Loaded Firearm and Operating a Motor Vehicle with Suspended License. Police reports reflect that information obtained from a confidential source revealed that Mr. Griffin was in possession of a loaded .38 caliber revolver which he kept in a closet at his residence on 39 Imlay Street, Hartford, Connecticut. On the aforementioned date, Mr. Griffin was arrested by members of the Hartford Firearms Task Force in a vehicle outside of the Taco Bell Restaurant located on Farmington Avenue, Hartford, Connecticut and transported to 39 Imlay Street where officers located the loaded .38 caliber revolver in a closet next to a bathroom. Mr. Griffin subsequently provided a verbal as well as written statement admitting that the weapon belonged to him. He is being detained at the Hartford Correctional Center on a $500,000 bond and is scheduled to appear in Hartford Superior Court on August 19, 2005.

**Charge No. 2:** Standard Condition: "You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance."
Mr. Griffin submitted a urine on July 18, 2005 which tested positive for Cocaine.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue to be lodged as a detainer and toll Mr. Griffin's term of supervised release.

**ORDER OF COURT**

Considered and ordered this _18TH_ day of August, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Alfred V. Covello
Senior United States District Judge

Sworn to By

Steven J. Lambert
Senior United States Probation Officer

Place _HARTFORD, CT_

Date _AUG 18, 2005_

Before me, the Honorable Alfred V. Covello, Senior United States District Judge, on this 18TH day of August, 2005 at Hartford, Connecticut, Senior U.S. Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Alfred V. Covello
Senior United States District Judge